UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

**United States of America,**

**Plaintiff,**

    v.

**Robert Todd McKinney,**

**Defendant,**                                  Case No. 11-cr-30029-DRH-1

====================================
**Primerica Life Insurance Company,**

**Garnishee.**

ORDER

Upon motion of the United States of America (Doc. 202), pursuant to Rule 41(a)(2), Federal Rules of Civil Procedure, and for good cause shown, it is hereby **ORDERED** that the Writ of Garnishment on Primerica Life Insurance Company in this cause be and the same is hereby **DISMISSED**, without prejudice.

**IT IS SO ORDERED.**

Signed this 20th day of December, 2012.

Digitally signed by David R. Herndon
Date: 2012.12.20 11:28:24 -06'00'

Chief Judge
United States District Court